# Third District Court of Appeal

## State of Florida

Opinion filed November 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0559
Lower Tribunal Nos. 2001516836, 13230017453FC & 24-000328CS

_____

**Michael Mobley,**
Appellant,

vs.

**State of Florida Department of Revenue,
Child Support Program, et al.,**
Appellees.

An Appeal from the State of Florida Department of Revenue, Child Support Program.

Michael Mobley, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee State of Florida Department of Revenue.

Before EMAS, SCALES and GOODEN, JJ.

PER CURIAM.

Appellant Michael Mobley appeals a March 6, 2024 Final Administrative Paternity and Support Order rendered by the Florida Department of Revenue, Child Support Program ("Department"). We affirm the challenged order. Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or an alternative theory."). We agree with the point made by the Department in its answer brief, and thus our affirmance is without prejudice to Appellant seeking a modification of the order from the Department pursuant to section 409.2563(12) or from the circuit court pursuant to section 409.2563(10) of the Florida Statutes (2024).

Affirmed.